```
Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for
CREDIT INTERNATIONAL, INC. DBA CCV
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOELLE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT INTERNATIONAL, INC. DBA CCV<br><br>    Defendant | Case No.:  CV03-0100  SC<br><br>**REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:          February 22, 2008<br>Time:         10:00 a.m.<br>Courtroom:  1 |

The parties jointly request that the February 22, 2008 status conference be continued until March 14, 2008, to allow the parties to attempt to reach a settlement in the above matter. The parties believe a settlement might be possible, but defendant is currently out of town. If the parties reach a settlement, the parties believe they will reach agreement on the form of the judgment and the currently scheduled status conference will not be necessary.

Dated: February 15, 2008

                              ELLIS COLEMAN POIRIER LAVOIE &
                                  STEINHEIMER


                              By  /s/
                                  June D. Coleman
                                  Attorneys for Defendant
                                  CREDIT INTERNATIONAL, INC. DBA CCV

- 1 -

REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1  Dated: February 15, 2008
                                        LAW OFFICES OF PAUL ARONS
2

3
                                        By  /s/
4                                           Paul Arons
                                            Attorneys for Plaintiff
5                                           NOELLE JOHNSON

6                                                     March 21, 2008
7       GOOD CAUSE EXISTING, the status conference is continued to ~~March 14, 2008.~~

8

9  Dated:  2/19/0
10                                      _____
                                        Honorable Samuel Conti
11                                      United States District Court Judge

                                        IT IS SO ORDERED
                                        Judge Samuel Conti

- 2 -

REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE